UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR04-301-MJP |
| Plaintiff, | ) | |
| v. | ) | SUMMARY REPORT OF U.S. |
| | ) | MAGISTRATE JUDGE AS TO |
| ALEXANDER ACOSTA, | ) | ALLEGED VIOLATIONS |
| | ) | OF SUPERVISED RELEASE |
| Defendant. | ) | |

An evidentiary hearing on supervised release revocation in this case was scheduled before me on April 27, 2009. The United States was represented by AUSA James M. Lord and the defendant by Matthew N. Menzer. The proceedings were digitally recorded.

Defendant had been sentenced on or about June 17, 2005 by the Honorable Marsha J. Pechman on a charge of Conspiracy to Distribute Cocaine and Methamphetamine, and sentenced to 53 months custody, 3 years supervised release. (Dkt. 853.)

The conditions of supervised release included the standard conditions plus the requirements that defendant cooperate in the collection of DNA, be prohibited from possessing a firearm, submit to mandatory drug testing, participate in a drug dependency program, submit

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -1

to search, provide access to financial information, and be prohibited from obtaining any new lines of credit or credit obligations.

On May 2, 2008, defendant's probation officer reported that defendant had tested positive for marijuana. Defendant was reprimanded and placed in a structured testing program. No further action was taken at the time. (Dkt. 1252.) On June 25, 2008, the conditions of supervised release were modified to require participation in the home confinement program for 120 days. (Dkt. 1255.) On January 5, 2009, an additional 30 days home confinement was imposed. (Dkt. 1266.)

In an application dated February 27, 2009 (Dkt. 1271), U.S. Probation Officer Brian K. Facklam alleged the following violation of the conditions of supervised release:

1. Using cocaine on or about January 31, 2009, in violation of standard condition 7 and the special condition requiring that he refrain from the use of drugs.

In an application dated March 11, 2009 (Dkt. 1278), U.S. Probation Officer Brian K. Facklam alleged the following violation of the conditions of supervised release in a supplemental violation report:

2. Committing the crimes of assault 4th degree and interfering with the reporting of domestic violence on or about March 9, 2009, in violation of the general condition that he not commit another federal, state, or local crime.

Defendant was advised in full as to those charges and as to his constitutional rights.

Defendant admitted alleged violation 1 and waived any evidentiary hearing as to whether it occurred. The government presented testimony on alleged violation 2, and Exhibit 1 was admitted into evidence. The evidence shows by a preponderance of the evidence that defendant

committed the offence of Assault - Domestic Violence on March 8, 2009, in violation of a standard condition of supervised release. (Dkt. 1293.)

I therefore recommend the Court find defendant violated his supervised release as alleged in violations 1 and 2, and that the Court conduct a hearing limited to the issue of disposition. The next hearing will be set before Judge Pechman.

Pending a final determination by the Court, defendant has been detained.

DATED this 27th day of April, 2009.

Mary Alice Theiler
United States Magistrate Judge

cc: District Judge: Honorable Marsha J. Pechman
AUSA: James M. Lord
Defendant's attorney: Matthew N. Menzer
Probation officer: Brian K. Facklam

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -3